1
2
3
4

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR, | Case No.  1:24-cv-01434-BAM (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS |
| v. | |
| VILLALOBOS, *et al.*, | **THIRTY (30) DAY DEADLINE** |
| Defendants. | |

Plaintiff Travis Justin Cuellar ("Plaintiff") is a pretrial detainee proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  This case was initiated on November 22, 2024.  (ECF No. 1.)  Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, with a certified copy of his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   __December 2, 2024__          ____/s/ *Barbara A. McAuliffe*____
                                                           UNITED STATES MAGISTRATE JUDGE

1